B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tollenaar Holsteins, a California General Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>93-3370496 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>11450 Carroll Road<br>Elk Grove, CA 95757<br>ZIP CODE **95757** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Sacramento | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>11445 Carroll Road, Elk Grove, CA 95757 | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                         Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)     Page 2
Case 15-20840    Filed 02/04/15    Doc 1

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Tollenaar Holsteins, a California General Partnership |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Attached | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Tollenaar Holsteins, a California General Partnership |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Jason E. Rios
Signature of Attorney for Debtor(s)
Jason E. Rios
Printed Name of Attorney for Debtor(s)
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Firm Name
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Address
(916) 329-7400
Telephone Number
2-3-15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Tami Tollenaar
Signature of Authorized Individual
Tami Tollenaar
Printed Name of Authorized Individual
General Partner
Title of Authorized Individual
2-2-15
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THE DEBTOR**

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| Friendly Pastures, LLC | | |
| **District** | **Relationship** | **Judge:** |
| Eastern District of California | Affiliate | |

| Name of Debtor | Case Number: | Date Filed: |
|---|---|---|
| T Bar M Ranch, LLC | | |
| **District** | **Relationship** | **Judge:** |
| Eastern District of California | Affiliate | |

RESOLUTION OF
TOLLENAAR HOLSTEINS,
a California General Partnership

Tollenaar Holsteins, a California General Partnership, hereby makes the following resolution:

WHEREAS, the affairs of the business of this General Partnership have not been successfully conducted for period of time and this General Partnership is insolvent and unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that the General Partnership file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California, and

BE IT FURTHER RESOLVED, that Tami Tollenaar, General Partner, is authorized to prepare the necessary Petition and by his/her single signature execute all necessary documents, including Schedules of Assets and Liabilities, and Statement of Financial Affairs and bind the General Partnership thereby in the Chapter 11 case as the responsible officer of the General Partnership.

BE IT FURTHER RESOLVED, that said General Partner is authorized to engage the services of Felderstein Fitzgerald Willoughby & Pascuzzi LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the General Partnership in connection with such proceeding.

The undersigned certifies that he/she is the General Partner of Tollenaar Holsteins.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said LLC this **2** day of February, 2015.

TOLLENAAR HOLSTEINS
a California General Partnership

By *Tami Tollenaar*
Tami Tollenaar, General Partner

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re<br>**TOLLENAAR HOLSTEINS, a California general partnership**<br>Debtor. | Case No.:<br><br>(If known) |
|---|---|

# **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

    Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for fling in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such a "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| *(1)*<br>*Name of creditor and complete mailing address including zip code* | *(2)*<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)*<br>*Indicate if claim is contingent, unliquidated, disputed or subject to set off* | *(5)*<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| A.L. Gilbert Company<br>P.O. Box 38<br>Oakdale, CA  95361 | Jon Ponache<br>209-847-1721 | | | $85,389.79 |
| Boutin Jones, Inc.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA  95814 | BJ Susich 916-321-4444 | | | $58,784.57 |
| Ag Works<br>11365 Fogg Road<br>Elk Grove, CA  95757 | Scott Lawrence<br>916-804-0969 | | | $30,250.00 |
| Elk Grove Dairy Service, Inc.<br>P.O. Box 1030<br>Wilton, CA  95693 | Brian Donkleman<br>916-417-0729 | | | $29,341.18 |
| Gavilon, LLC<br>P.O. Box 100974<br>Pasadena, CA  91189-0974 | 402-889-4000 | | | $28,483.17 |
| Associated Feed<br>P.O. Box 2367<br>Turlock, CA  95381 | Cindy Jorge<br>209-664-3327 | | | $25,139.84 |
| Job Farms LLC<br>7001 Rond Road<br>Lodi, CA  95242 | Todd Job<br>209-368-5492 | | | $21,940.25 |
| Virgil Ashbaugh Trucking<br>1228 Heidelberg Way<br>Lodi, CA  95242 | Virgil Ashbaugh<br>209-334-5054 | | | $17,666.32 |
| United States Treasury | | | | 15,000.00 |
| Foster Farms<br>Attn:  A/R Dept<br>P.O. Box 198<br>Livingston, CA  95334-0798 | Shannon Rodriguez<br>209-668-6667 | | | $14,040.18 |

Feb 04 15 08:05a    JON & TAMI TOLLENAAR    916-691-0823    p.2

Case 15-20840    Filed 02/04/15    Doc 1

UNITED STATES BANKRUTPCY COURT – EASTERN DISTRICT OF CALIFORNIA

| In re **TOLLENAAR HOLSTEINS, a California general partnership** Debtor. | Case No.: (If known) |
|---|---|

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Lyman Group, Inc. 201 East Street Woodland, CA 95776 | Mike Huffington 916-776-1744 | | | $13,230.53 |
| Sacramento County Tax Collector's Office P.O. Box 508 Sacramento, CA 95812-0508 | | | | $11,921.86 |
| Laird Manufacturing 531 S. Hwy 59 Merced, CA 95341 | Steve Lemos 209-6529147 | | | $8,677.88 |
| SMUD P.O. Box 15830 Sacramento, CA 95852-0830 | 1-877-622-7683 | | | $7,910.38 |
| Bovine Claw Care Dave Bem 26120 E. Lone Tree Road Escalon, CA 95320 | Dave Bem 209-471-7091 | | | $7,721.00 |
| Veterinary Service Inc. 4100 Bangs Ave Modesto, CA 95356 | 209-545-5100 | | | $7,599.17 |
| Ramos Oil P. O. Box 401 W. Sacramento, CA 95691 | Dave Roos 916-777-5545 | | | $5,750.56 |
| Cisco Air Systems, Inc. 214-27th Street Sacramento, CA 95816-3201 | 916-444-2525 | | | $5,346.56 |
| All Valley Diesel 8794 Fruit Ridge Road, Sacramento, CA 95826. | Gene 916-381-4792 | | | $4,532.67 |
| Baglietto Seeds 301 South Aurora Stockton, CA 95203 | 209-466-0433 | | | $3,758.68 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 4, 2015

Signature: *Tami Tollenaar*
Tami Tollenaar, General Partner
Print Name and Title