# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

TOLLENAAR HOLSTEINS, a
California General Partnership,

Case No.

Debtor(s).

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[x] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __61__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: __2-4-15__    _____/s/ Tami Tollenaar_____
                                   Debtor's Signature

DATED: _____    _____
                                   Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

A.L. Gilbert Company
P.O. Box 38
Oakdale, CA  95361

Ag Works
11365 Fogg Road
Elk Grove, CA  95757

All Valley Diesel
8794 Fruit Ridge Road
Sacramento, CA  95826

Alpha Technology
1340 Bennett Drive
Longwood, FL  32750

Animal Health International Inc.
8857 South Us Hwy 377
Dublin, TX  76446-4303

Applied Industrial Technologies
P.O. Box 100538
Pasadena, CA  91189-0538

Associated Feed
P.O. Box 2367
Turlock, CA  95381

Assurity Life Insurance
P.O. Box 790397
St. Louis, MO  63179-0397

Baglietto Seeds
301 South Aurora
Stockton, CA  95203

Bank of the West
5370 Jefferson Ave., Suite 100
Chino, CA  91710

Bank of the West
c/o Bruce A. Emard
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814

Blue Shield of California
P.O. Box 60514
City Of Industry, CA  91716-0514

Boer Commodities
P.O. Box 27526
Fresno, CA  93729

Boutin Jones, Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA  95814

Bovine Claw Care
Dave Bem
26120 E. Lone Tree Road
Escalon, CA 95320

California State Board of Equalization
Account Information Group MIC 29
P.O. Box 942879
Sacramento, CA 94279-00029

Calva Products, Inc.
P.O. Box 126
Acampo, CA  95220

Cal-Waste Recovery Systems
175 Enterprise Ct. Suite A
Galt, CA  95632-9047

Cisco Air Systems, Inc.
214-27th Street
Sacramento, CA  95816-3201

CNH Capital
Dept. 93 - 5512003034
P.O. Box 688912
Des Moines, IA  50368-8912

Cornelis Tollenaar
9449 Emerald Cove Lane
Elk Grove, CA 95758-9737

Dana Sens
9311 Trenary
Elk Grove, CA 95624

Dellavalle Laboratory Inc.
1910 W. McKinley, Suite 110
Fresno, CA  93728

Denele Agri-Link Laboratory
P.O. Box 3337
Turlock, CA  95381

Direct Dairy Transport LLC
P.O. Box 1331
Hilmar, CA  95324-9791

DMV
P.O. Box 942897
Sacramento, CA  94297-0899

Elk Grove Dairy Service, Inc.
P.O. Box 1030
Wilton, CA  95693

Employment Development Department
Bankruptcy Special Procedures Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

Employment Development Dept.
P.O. Box 826286
Sacramento, CA 94230-6286

First Hawaiian Bank
BankCard Center
P.O. Box 84043
Columbus, GA  31908-4043

Foster Farms
Attn:  A/R Dept
P.O. Box 198
Livingston, CA  95334-0798

Franchise Tax Board
P.O. Box 942867
Sacramento, CA  94267-2021

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier
P.O. Box 20550
Rochester, NY  14602-055

Gavilon, LLC
P.O. Box 100974
Pasadena, CA  91189-0974

Hardesty Excavating
12606 Hardesty Land
Galt, CA 95632

Hartford Investment Management Co.
One Hartford Plaza
Hartford, Connecticut 06155

Hartford Life and Accident Insurance Co.
c/o Hanno T. Powell
7522 N. Colonial Ave., Ste 100
Fresno, CA 93711

Internal Revenue Service
Ogden, UT  84201-0039

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacquie Captein Record Keeping Inc.
P.O. Box 386
Herald, CA  95638

Job Farms LLC
7001 Rond Road
Lodi, CA  95242

Kubota Credit Corporation
P.O. Box 894717
Los Angeles, CA  90189-4717

Laird Manufacturing
531 S. Hwy 59
Merced, CA  95341

MCI Residential Service
P.O. Box 60026
City Of Industry, CA  91716

Mesa Verde Trading Co. Inc.
4545 N. West Ave, Suite 119
Fresno, CA  93705

Mill Station Veterinary Service
7768 Sikes Rd
Dixon, CA  95620

Nationwide Agribusiness
P.O. Box 514540
Los Angeles, CA  90051-4640

P G & E
P. O. Box 997300
Sacramento, CA  95899-7300

Penny Newman Grain Co., Inc.
P.O. Box 12147
Fresno, CA  93776-2147

Radial Tire of Elk Grove
9810 Waterman Rd.
Elk Grove, CA  95624

Ramos Oil
P. O. Box 401
W. Sacramento, CA 95691

Sacramento County
Tax Collector's Office
P.O. Box 508
Sacramento, CA  95812-0508

```
SMUD
P.O. Box 15830
Sacramento, CA  95852-0830

The Lyman Group, Inc.
201 East Street
Woodland, CA 95776

Total Dairy Services, Inc.
1650 Culpepper Ave.
Modesto, CA 95351

United States Treasury

Veterinary Service Inc.
4100 Bangs Ave
Modesto, CA  95356

Virgil Ashbaugh Trucking
1228 Heidelberg Way
Lodi, CA  95242

West Coast Trucking
P.O. Box 819
Hilmar, CA  95324

Zenith Insurance
c/o Premium Processing
21255 Califa Street
Woodland Hills, CA  91367-5021
```