1  DONALD W. FITZGERALD, State Bar No. 095348
   JASON E. RIOS, State Bar No. 190086
2  FELDERSTEIN FITZGERALD
   WILLOUGHBY & PASCUZZI LLP
3  400 Capitol Mall, Suite 1750
   Sacramento, CA  95814
4  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
5  e-mail: dfitzgerald@ffwplaw.com
   e-mail: jrios@ffwplaw.com
6
   Proposed Attorneys for Tollenaar Holsteins,
7  a California general partnership

8                    UNITED STATES BANKRUPTCY COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11 In re:                                CASE NO.: 15-20840-B-11

12 TOLLENAAR HOLSTEINS, a                Chapter 11
   California general partnership,
13                                       [NO HEARING REQUIRED]
                  Debtor.
14

15

16

17        **NOTICE OF RELATED CASES AS REQUIRED BY LOCAL RULE 1015-1(a)**

18 TO ALL INTERESTED PARTIES:

19        PLEASE TAKE NOTICE THAT pursuant to Local Rule 1015-1 the Chapter 11

20 Bankruptcy Cases of Friendly Pastures, LLC, an Oklahoma limited liability company (Case No.

21 15-20842) filed on February 4, 2015, and assigned to the Honorable Christopher D. Jaime and

22 T Bar M Ranch, LLC, an Oklahoma limited liability company (Case No. 15-20844) filed on

23 February 4, 2015, and assigned to the Honorable Christopher D. Jaime are related cases in that

24 they are affiliates of the Debtor, the debtors in each case share the same direct or indirect

25 ownership, the debtors in each case share common management, the debtors in each case share

26 ///

27 ///

28 ///

1  common creditors, and the cases are otherwise so related as to warrant being treated as related.

2  Dated:  February 5, 2015

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By:/s/ Jason E. Rios_____
    JASON E. RIOS
    Proposed Attorneys for Tollenaar Holsteins