BRUCE A. SCHEIDT, State Bar No. 155088
bscheidt@kmtg.com
BRUCE A. EMARD, State Bar No. 100646
bemard@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor
BANK OF THE WEST

FILED
FEB -6 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

T BAR M RANCH, LLC, an Oklahoma limited liability company,

Debtor.

Case No. 15-20840-B-11

Chapter 11

DCN: FWP-2

**DECLARATION OF GERRIT BRUINS IN SUPPORT OF OPPOSITION MOTION FOR AUTHORITY TO USE CASH COLLATERAL, ETC.**

Date:     February 6, 2015
Time:    3:00 p.m.
Crtm.:   32, Dept. B
The Honorable Christopher D. Jaime

I, Gerrit Bruins, declare as follows:

1.  I am an individual and I reside in the State of Texas. I was hired by Sam Heigle ("Receiver"), the receiver appointed in the action that Bank of the West filed against Tollenaar Holsteins, et al. in the District Court of Bryan County, State of Oklahoma, to assist the Receiver with the operation of the Oklahoma dairy farm operations of T Bar M Ranch ("Oklahoma Dairy"). From Friday, January 30, 2015 through the end of the day on Wednesday, February 5, 2015, I ran the dairy operations of the Oklahoma dairy for the Receiver and T Bar M Ranch. The facts stated in this Declaration are based on my personal observations of, and my involvement in the dairy operations of the Dairy Farm. I have personal knowledge of the facts set forth herein, and if

1. called as a witness, I could and would competently testify thereto.

2. Since 1999, I have been involved with dairy farms and cattle operations. My experience includes running a 2,500 cow dairy as a herdsman, working for a dairy development company that assisted dairy farmers with starting up their dairy farm operations, working with a dairy owner to build up his private dairy farm, and working for an auction company that sold dairy farms and dairy cattle. I raise dairy heifers on my property and I buy and sell dairy cattle.

3. From January 30, 2015 to February 5, 2015, while I was in charge of the Oklahoma Dairy, I ordered feed for the cattle; I directed the employees in their work assignments; I changed the food rations for the cattle to improve their milk production and health; I oversaw the calving operation; I helped load cattle on trailers to send them off to a yard for auction, I sold approximately 18 baby bull calves, and I generally ran the daily operations of the dairy.

4. While performing my duties and responsibilities at the Oklahoma Dairy, I observed the following conditions that caused me to conclude that the Dairy Farm was being mismanaged. The grain supply at the Dairy Farm was very low when I arrived. I estimated that there was one day's food supply for the dairy herd. It consisted of approximately five tons of a hominy and corn mix, approximately ten tons of corn gluten, approximately ten tons of onions, and a large pile of chicken manure. I learned that the cows were being fed mostly wheat stray, which has little nutrient value. I immediately ordered additional food for the cattle and changed their food rations. I also stopped feeding the cattle the chicken manure. I reduced feeding the milking cows onions by fifty percent because if a cow eats too many onions, it taints the milk and it will not be accepted at a creamery.

5. I observed that the calving operation was being mismanaged. The calving operation had been set up so that a few times a year, all heifers and cows would be synchronized (brought into heat) and then artificially inseminated at one time. This caused a significant number of calves to be born over short periods of time. I am informed and believe that over recent two week period, one hundred and fifty (150) calves were born. The Oklahoma Dairy does not have the crew or proper amount of grain and medicine to care for this many calves. The crew was attempting to bottle feed the calves which was ineffective. I observed that the weaned calves

1 were malnourished and sickly. I believe a significant number of calves were infected with the rota
2 and corona viruses. The calves were not being administered the antibiotics and vaccines required
3 to fight these viruses. I located a small supply of vaccine and administered it to the calves. There
4 was not enough to vaccinate all calves. These conditions jeopardized the lives and the health of
5 the calves.

6.    I observed that the cows that had just delivered calves were not being fed the proper rations of high energy food. This high energy food was needed for the cows' bodies to produce milk for the new born calves. The result was that the cows bodies were straining to produce milk and losing too much muscle mass. These cows were overly thin and in jeopardy of drying up.

7.    With regard to the general milking herd, due to the improper diet and food rations they were being supplied, many cows were drying up. It was necessary for me to sort a number of the milking cows to be beefed, because the little milk supply did not justify providing them with the high energy grain required to produce milk. Due to the improper diet and food rations for the milking cows, the cows were under producing milk. The cows were producing approximately thirty (30) pounds of milk per day each. The industry standard is sixty to seventy five (60 – 75) pounds of milk per day each.

8.    While helping to load heifers and calves for the trip to the auction yard, I observed that many of the heifers were malnourished and weak and it was questionable whether they would survive the trip. One calf, in particular, obviously had pneumonia. It was foaming at the mouth. I insisted that this calf be removed from the group going to auction. Dairy staff took it to a stall. Later, I inquired what happened to the calf and learned that it was not being cared for. I found the calf in a stall and administered an antibiotic and I provided it with food. I checked on this calf before I left the Oklahoma dairy and it appeared as though it would survive.

///
///
///
///

1  ///
2  ///
3      9.    While I was working at the Oklahoma dairy, I took a number of photographs of the
4  heifers at the Dairy farm. True and correct copies of these photographs are attached hereto
5  collectively as **Exhibit "A."**
6      I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.
8      Executed February 6, 2015, at Oklahoma City, Oklahoma.
9
10                            Gerrit Bruins

1191466.1 12311-045           4          Case No. 2015-20844-B-11
DECLARATION OF GERRIT BRUINS IN SUPPORT OF OPPOSITION TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL, ETC.